IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGHAGOL JALALI, LADAN SANJANI,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPUY ORTHOPAEDICS INC., *et al.*,<br><br>    Defendants. | No. C 16-05665 WHA<br><br>**ORDER DENYING AS MOOT STIPULATED REQUEST FOR STAY** |

    In light of the conditional transfer order issued by the MDL panel, the parties stipulated request for a stay is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated: October 17, 2016.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE